FILED
December 20, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 06-0306-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| WESLEY OBERMAN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WESLEY OBERMAN, Case No. MAG. 06-0306-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted - All available equity in posted property

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        _X_ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) <u>Conditions as stated on the record</u>

        _X_ (Other) The Defendant is to be released on 12/20/06 pending submission of bond paperwork by defense counsel, which is due on or before 01/09/2007.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 20, 2006 at 2:30 pm

By _____
Edmund F. Brennan
United States Magistrate Judge