UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## I N T E R O F F I C E   M E M O R A N D U M

**TO:** Harry Vine, Courtroom Clerk
of the Honorable John A. Mendez

**FROM:** Kris M. Miura
United States Probation Officer

**DATE**: May 24, 2010

**SUBJECT:** **Wesley OBERMAN**
**Docket Number:  2:06CR00512-01**
**REQUEST FOR COURT DATE**

This is to advise that we are requesting this matter be placed on Your Honor's calendar on June 15, 2010, at 9:30 a.m. for status conference on the Modification Request.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**REVIEWED BY:**     /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD

**SUBJECT:** Wesley OBERMAN
Docket Number:  2:06CR00512-01
<u>REQUEST FOR COURT DATE</u>

**Dated:** May 24, 2010
Elk Grove, California
KMM/cj

cc: Jason Hitt, Assistant United States Attorney
Hayes Gable, III, Defense Counsel (Appointed)
428 "J" Street, Suite 354
Sacramento, California  95814

_____

**__X__  Approved**

/s/ John A. Mendez
**JOHN A. MENDEZ**          **Date: 5/27/10**
**United States District Judge**

**____  Disapproved**